STATE OF NEW YORK  
UNITED STATES DISTRICT COURT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.11259    AND FILED ON    12/14/2007

CHRISTINA M. COLLINS — Plaintiff(s)/Petitioner(s)

Vs.

SUZANNE D. PHILLIPS, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/7/2008 at 1:26PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES  
Party Served: SUZANNE D. PHILLIPS, DEAN OF PERSONNEL SERVICES (herein called recipient) therein named.  
At Location: ROCKLAND COMMUNITY COLLEGE  
145 COLLEGE ROAD  
SUFFERN NY 10901

By delivering to and leaving with CHERYL SPENCE-LINDLAY, EXECUTIVE SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 1/10/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM | Color of Skin: BLACK | Color of Hair: BROWN  
Age: 35/45 | Height: 5'2"-5'4" | Weight: 125  
Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 1/10/2008

_Daip Williams_

_Gary Williams_  
Server's License#:

2 of 10

STATE OF NEW YORK   UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.11259   AND FILED ON   12/14/2007

CHRISTINA M. COLLINS                                              Plaintiff(s)/Petitioner(s)
                                    Vs.
SUZANNE D. PHILLIPS, ET AL                                        Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/7/2008 at 1:26PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: WILLIAM MURPHY, DIRECTOR OF PUBLIC SAFETY                  (herein called recipient)
At Location: ROCKLAND COMMUNITY COLLEGE                                   therein named.
             145 COLLEGE ROAD
             SUFFERN NY

By delivering to and leaving with CHERYL SPENCE-LINDLAY, EXECUTIVE SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 1/10/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | BLACK | Color of Hair | BROWN |
| Age | 35/45 | Height | 5'2"-5'4" | Weight | 125 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 1/10/2008

_Guy Williams_ (notary signature)

_Gary Williams_
Server's License#:

2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.11259    AND FILED ON    12/14/2007

CHRISTINA M. COLLINS                                    Plaintiff(s)/Petitioner(s)

                              Vs.

SUZANNE D. PHILLIPS, ET AL                              Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/7/2008__ at __1:26PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JAMES MCCARTHY, DIRECTOR OF STUDENT INVOLVEMENT          (herein called recipient) therein named.
At Location: ROCKLAND COMMUNITY COLLEGE
             145 COLLEGE ROAD
             SUFFERN NY

By delivering to and leaving with __CHERYL SPENCE-LINDLAY, EXECUTIVE ASSISANT__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house (usual place of abode) within the state.

On __1/10/08__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | BLACK | Color of Hair | BROWN |
| Age | 35/45 | Height | 5'2"-5'4" | Weight | 125 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not.

Sworn to before me on the __1/10/2008__

_Day I. Williams_                         _Gary Williams_
                                          Server's License#:

2010

STATE OF NEW YORK  
DOCUMENTS SERVED WITH INDEX#: 07CIV.11259

UNITED STATES DISTRICT COURT  
AND FILED ON 12/14/2007

CHRISTINA M. COLLINS — Plaintiff(s)/Petitioner(s)

Vs.

SUZANNE D. PHILLIPS, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/7/2008__ at __1:26PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES  
Party Served: MARC GIAMMARCO, COORDINATOR OF THE PREVENTION (herein called recipient) therein named.  
At Location: RESOURCE CENTER, ROCKLAND COMMUNITY COLLEGE  
145 COLLEGE ROAD  
SUFFERN NY

By delivering to and leaving with __CHERYL SPENCE-LINDLAY, EXECUTIVE ASSISTANT__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house (usual place of abode) within the state.

On __1/10/08__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__   Color of Skin __BLACK__   Color of Hair __BROWN__  
Age __35/45__   Height __5'2"-5'4"__   Weight __125__  
Other Features _____

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __1/10/2008__  
_[signature] Williams_

Gary Williams  
Server's License#:

2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.11259   AND FILED ON   12/14/2007

CHRISTINA M. COLLINS                                           Plaintiff(s)/Petitioner(s)
                              Vs.
SUZANNE D. PHILLIPS, ET AL                                     Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                             )
                                                               ) SS
COUNTY OF WESTCHESTER                                          )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/7/2008 at 1:26PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: COLLETTE FOURNIER, DIRECTOR OF CAMPUS   (herein called recipient) therein named.
At Location: COMMUNICATIONS, ROCKLAND COMMUNITY COLLEGE
145 COLLEGE ROAD
SUFFERN NY

By delivering to and leaving with CHERYL SPENCE-LINDLAY, EXECUTIVE SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 1/10/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM   Color of Skin: BLACK   Color of Hair: BROWN
Age: 35/45   Height: 5'2"-5'4"   Weight: 125
Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 1/10/2008

_____              _____
                                              Gary Williams
                                              Server's License#:

20/0

STATE OF NEW YORK  
DOCUMENTS SERVED WITH INDEX#: 07CIV.11259

UNITED STATES DISTRICT COURT  
AND FILED ON 12/14/2007

CHRISTINA M. COLLINS                                          Plaintiff(s)/Petitioner(s)

Vs.

SUZANNE D. PHILLIPS, ET AL                                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )  
                            ) SS  
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/7/2008 at 1:26PM, deponent did serve the within process as follows:

Process Served: SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES  
Party Served: PEGGY MILONE MCCORMACK, FACULTY MEMBER           (herein called recipient) therein named.  
At Location: ROCKLAND COMMUNITY COLLEGE  
145 COLLEGE ROAD  
SUFFERN NY

By delivering to and leaving with CHERYL SPENCE-LINDLAY, EXECUTIVE SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 1/10/08, deponent completed service by depositing a copy of the  
SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES  
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | BLACK | Color of Hair | BROWN |
| Age | 35/45 | Height | 5'2"-5'4" | Weight | 125 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 1/10/2008  
_[signature]_

_[signature]_  
Gary Williams  
Server's License#:

20/0

STATE OF NEW YORK   UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.11259   AND FILED ON   12/14/2007

CHRISTINA M. COLLINS                                       Plaintiff(s)/Petitioner(s)
                          Vs.
SUZANNE D. PHILLIPS, ET AL                                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) ss
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/7/2008 at 1:26PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ROCKLAND COMMUNITY COLLEGE                  (herein called recipient) therein named.
At Location: 145 COLLEGE ROAD
             SUFFERN NY

By delivering to and leaving with CHERYL SPENCE-LINDLAY and that deponent knew the person so served to be the EXECUTIVE SECRETARY TO THE BOARD of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM   Color of Skin: BLACK   Color of Hair: BROWN
Age: 35/45   Height: 5'2"-5'4"
Weight: 125   Other Features:

Sworn to before me on 1/10/2008

_____                _____
Jay Williams                             Gary Williams
                                         Server's License#:

2010