STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX#: 07CIV.11259

UNITED STATES DISTRICT COURT

AND FILED ON    12/14/2007

CHRISTINA M. COLLINS

Vs.

SUZANNE D. PHILLIPS, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                    )

                                                      ) SS

COUNTY OF WESTCHESTER                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On _____1/7/2008_____ at _____1:26PM_____ , deponent did serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served:    SUZANNE D. PHILLIPS, DEAN OF PERSONNEL SERVICES

At Location:    ROCKLAND COMMUNITY COLLEGE
145 COLLEGE ROAD
SUFFERN NY 10901

(herein called recipient)
therein named.

By delivering to and leaving with _____CHERYL SPENCE-LINDLAY, EXECUTIVE SECRETARY_____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business   [ ]   dwelling house(usual place of abode) within the state.

On_____1/10/08_____ , deponent completed service by depositing a copy of the

SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | BLACK | Color of Hair | BROWN |
| Age | 35/45 | Height | 5'2"-5'4" | Weight | 125 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the _____1/10/2008_____

_Daisy Williams_

_Gary Williams_

Server's License#:

2010

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#:  07CIV.11259            AND FILED ON            12/14/2007

CHRISTINA M. COLLINS                                                                    Plaintiff(s)/Petitioner(s)

                                          Vs.

SUZANNE D. PHILLIPS, ET AL                                                        Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                                          )
                                                                                             )    SS
COUNTY OF WESTCHESTER                                                )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____1/7/2008_____ at _____1:26PM_____ , deponent did
serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:       WILLIAM MURPHY, DIRECTOR OF PUBLIC SAFETY                        (herein called recipient)
                                                                                                                    therein  named.
At Location:        ROCKLAND COMMUNITY COLLEGE
                         145 COLLEGE ROAD
                         SUFFERN NY

By delivering to and leaving with ___CHERYL SPENCE-LINDLAY, EXECUTIVE SECRETARY___ a person of suitable age and discretion.
Said premises is recipient's |✓| actual place of business  | | dwelling house(usual place of abode) within the state.

On_____1/10/08_____ , deponent completed service by depositing a copy of the
        SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | BLACK | Color of Hair | BROWN |
| Age | 35/45 | Height | 5'2"-5'4" | Weight | 125 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ____1/10/2008____

_____                              _____
                                                                                  Gary Williams

                                                                                  Server's License#:

2010

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#:  07CIV.11259        AND FILED ON        12/14/2007

CHRISTINA M. COLLINS                                                    Plaintiff(s)/Petitioner(s)

                                          Vs.

SUZANNE D. PHILLIPS, ET AL                                             Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                          )
                                                                      SS
COUNTY OF WESTCHESTER                                        )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York .  On_____1/7/2008_____ at _____1:26PM_____, deponent did serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:      JAMES MCCARTHY,DIRECTOR OF STUDENT INVOLVEMENT          (herein called recipient)
                                                                          therein named.

At Location:       ROCKLAND COMMUNITY COLLEGE
                   145 COLLEGE ROAD
                   SUFFERN NY

By delivering to and leaving with ____CHERYL SPENCE-LINDLAY, EXECUTIVE ASSISANT____ a person of suitable age and discretion.
Said premises is recipient's |✔| actual place of business  | | dwelling house(usual place of abode) within the state.

On _____1/10/08_____, deponent completed service by depositing a copy of the
       SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | BLACK | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 35/45 | Height | 5'2"-5'4" | Weight | 125 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____1/10/2008_____

Day I. Williams

Gary Williams

Server's License#:

2010

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#: 07CIV.11259          AND FILED ON          12/14/2007

CHRISTINA M. COLLINS                                                              Plaintiff(s)/Petitioner(s)

                                        Vs.

SUZANNE D. PHILLIPS, ET AL                                                        Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                                    )
                                                                      )  SS
COUNTY OF WESTCHESTER                                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____1/7/2008_____ at _____1:26PM_____, deponent did
serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served:      MARC GIAMMARCO,COORDINATOR OF THE PREVENTION                    (herein called recipient)
                                                                                    therein named.
At Location:       RESOURCE CENTER, ROCKLAND COMMUNITY COLLEGE
                   145 COLLEGE ROAD
                   SUFFERN NY

By delivering to and leaving with ___CHERYL SPENCE-LINDLAY, EXECUTIVE ASSISTANT___ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business  | |  dwelling house(usual place of abode) within the state.

On_____1/10/08_____, deponent completed service by depositing a copy of the

        SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | *FM* | Color of Skin | *BLACK* | Color of Hair | *BROWN* |
|---|---|---|---|---|---|
| Age | *35/45* | Height | *5'2"-5'4"* | Weight | *125* |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ____1/10/2008____                         _____
                                                                    Gary Williams
                                                                    Server's License#:

2010

STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX#: 07CIV.11259

UNITED STATES DISTRICT COURT

AND FILED ON          12/14/2007

---

| CHRISTINA M. COLLINS | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| SUZANNE D. PHILLIPS, ET AL | | Defendant(s)/Respondent(s) |

---

STATE OF: NEW YORK                                                      )
                                                                        )  SS
COUNTY OF WESTCHESTER                                                   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____1/7/2008_____ at _____1:26PM_____ , deponent did
serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served:      COLLETTE FOURNIER, DIRECTOR OF CAMPUS                    (herein called recipient)
                                                                            therein named.
At Location:       COMMUNICATIONS, ROCKLAND COMMUNITY COLLEGE
                   145 COLLEGE ROAD
                   SUFFERN NY

By delivering to and leaving with ___CHERYL SPENCE-LINDLAY, EXECUTIVE SECRETARY___ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On _____1/10/08_____ , deponent completed service by depositing a copy of the

SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _BLACK_ | Color of Hair | _BROWN_ |
|---|---|---|---|---|---|
| Age | _35/45_ | Height _5'2"-5'4"_ | Weight | | _125_ |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the _____1/10/2008_____

_____Gary Williams_____                    _____Gary Williams_____

                                                   Server's License#:

20/0

STATE OF   NEW YORK                    UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#:  07CIV.11259          AND FILED ON          12/14/2007

CHRISTINA M. COLLINS                                                          Plaintiff(s)/Petitioner(s)

                                        Vs.

SUZANNE D. PHILLIPS, ET AL                                                   Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                          )
                                                             )  SS
COUNTY OF WESTCHESTER                                        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____1/7/2008_____ at _____1:26PM_____, deponent did
serve the within process as follows:

Process Served:     SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:                                                                   (herein called recipient)
                    PEGGY MILONE MCCORMACK, FACULTY MEMBER                          therein   named.

At Location:        ROCKLAND COMMUNITY COLLEGE
                    145 COLLEGE ROAD
                    SUFFERN NY

By delivering to and leaving with _____CHERYL SPENCE-LINDLAY, EXECUTIVE SECRETARY_____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business   | |   dwelling house(usual place of abode) within the state.

On_____1/10/08_____, deponent completed service by depositing a copy of the

        SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _BLACK_ | Color of Hair | _BROWN_ |
| Age | _35/45_ | Height | _5'2"-5'4"_ | Weight | _125_ |
| Other Features |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the _____1/10/2008_____

_____                          _____
                                                         Gary Williams

                                                         Server's License#:

2010

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#:  07CIV.11259        AND FILED ON        12/14/2007

| | |
|---|---|
| CHRISTINA M. COLLINS<br><br>Vs.<br><br>SUZANNE D. PHILLIPS, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                              )
                                                                                      SS
COUNTY OF WESTCHESTER                                     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____1/7/2008_____ at _____1:26PM_____, deponent did serve the within process as follows:

Process Served:

| SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES |
|---|

Party Served:

| ROCKLAND COMMUNITY COLLEGE |
|---|

(herein called recipient)
therein  named.

At Location:

| 145 COLLEGE ROAD |
|---|
| SUFFERN NY |

By delivering to and leaving with  CHERYL SPENCE-LINDLAY _____ and that deponent knew the person

so served to be the     EXECUTIVE SECRETARY TO THE BOARD

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex| FM          Color of Skin| BLACK          Color of Hair| BROWN

Age| 35/45          Height| 5'2"-5'4"

Weight| 125                    Other Features

Sworn to before me on _____1/10/2008_____

_____                              _____
                                                                                 Gary Williams
                                                                                 Server's License#:

2010