STATE OF NEW YORK  UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.11259   AND FILED ON   12/14/2007

CHRISTINA M. COLLINS                             Plaintiff(s)/Petitioner(s)

Vs.

SUZANNE D. PHILLIPS, ET AL                       Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/7/2008 at 1:26PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: SUZANNE D. PHILLIPS, DEAN OF PERSONNEL SERVICES        (herein called recipient) therein named.
At Location: ROCKLAND COMMUNITY COLLEGE
             145 COLLEGE ROAD
             SUFFERN NY 10901

By delivering to and leaving with CHERYL SPENCE-LINDLAY, EXECUTIVE SECRETARY a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 1/10/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | BLACK | Color of Hair | BROWN |
| Age | 35/45 | Height | 5'2"-5'4" | Weight | 125 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 1/10/2008
_____          _____
                                           Gary Williams
                                           Server's License#:

2 of 10

STATE OF NEW YORK  
DOCUMENTS SERVED WITH INDEX#: 07CIV.11259

UNITED STATES DISTRICT COURT  
AND FILED ON    12/14/2007

CHRISTINA M. COLLINS

Vs.

SUZANNE D. PHILLIPS, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/7/2008__ at __1:26PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES  
Party Served: WILLIAM MURPHY, DIRECTOR OF PUBLIC SAFETY  (herein called recipient) therein named.
At Location: ROCKLAND COMMUNITY COLLEGE  
145 COLLEGE ROAD  
SUFFERN NY

By delivering to and leaving with __CHERYL SPENCE-LINDLAY, EXECUTIVE SECRETARY__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __1/10/08__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | BLACK | Color of Hair | BROWN |
| Age | 35/45 | Height | 5'2"-5'4" | Weight | 125 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __1/10/2008__

_Guy Williams_

_Gary Williams_

Server's License#:

2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.11259    AND FILED ON    12/14/2007

CHRISTINA M. COLLINS    Plaintiff(s)/Petitioner(s)

Vs.

SUZANNE D. PHILLIPS, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                     ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/7/2008 at 1:26PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JAMES MCCARTHY, DIRECTOR OF STUDENT INVOLVEMENT    (herein called recipient) therein named.
At Location: ROCKLAND COMMUNITY COLLEGE
             145 COLLEGE ROAD
             SUFFERN NY

By delivering to and leaving with CHERYL SPENCE-LINDLAY, EXECUTIVE ASSISANT a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 1/10/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM    Color of Skin  BLACK    Color of Hair  BROWN
Age  35/45    Height  5'2"-5'4"    Weight  125
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 1/10/2008
_Day I. Williams_    _Gary Williams_
                     Server's License#:

2010

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT | |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX#: 07CIV.11259 | AND FILED ON | 12/14/2007 |

CHRISTINA M. COLLINS    Plaintiff(s)/Petitioner(s)

Vs.

SUZANNE D. PHILLIPS, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/7/2008 at 1:26PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: MARC GIAMMARCO, COORDINATOR OF THE PREVENTION    (herein called recipient) therein named.
At Location: RESOURCE CENTER, ROCKLAND COMMUNITY COLLEGE
145 COLLEGE ROAD
SUFFERN NY

By delivering to and leaving with CHERYL SPENCE-LINDLAY, EXECUTIVE ASSISTANT a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 1/10/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin BLACK   Color of Hair BROWN
Age 35/45   Height 5'2"-5'4"   Weight 125
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 1/10/2008

_Chip Williams_    _Gary Williams_

Server's License#:

2010

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT | |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX#: 07CIV.11259 | AND FILED ON | 12/14/2007 |

| | | |
|---|---|---|
| CHRISTINA M. COLLINS | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| SUZANNE D. PHILLIPS, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/7/2008__ at __1:26PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:   COLLETTE FOURNIER, DIRECTOR OF CAMPUS                    (herein called recipient)
At Location:    COMMUNICATIONS, ROCKLAND COMMUNITY COLLEGE                therein named.
                145 COLLEGE ROAD
                SUFFERN NY

By delivering to and leaving with __CHERYL SPENCE-LINDLAY, EXECUTIVE SECRETARY__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On __1/10/08__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | BLACK | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 35/45 | Height | 5'2"-5'4" | Weight | 125 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the __1/10/2008__

_[signature] Gary Williams_

Server's License#:

20/0

STATE OF NEW YORK  UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.11259   AND FILED ON   12/14/2007

CHRISTINA M. COLLINS                                   Plaintiff(s)/Petitioner(s)
                            Vs.
SUZANNE D. PHILLIPS, ET AL                             Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/7/2008 at 1:26PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: PEGGY MILONE MCCORMACK, FACULTY MEMBER   (herein called recipient) therein named.
At Location: ROCKLAND COMMUNITY COLLEGE
             145 COLLEGE ROAD
             SUFFERN NY

By delivering to and leaving with CHERYL SPENCE-LINDLAY, EXECUTIVE SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 1/10/08, deponent completed service by depositing a copy of the

SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM   Color of Skin: BLACK   Color of Hair: BROWN
Age: 35/45   Height: 5'2"-5'4"   Weight: 125
Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 1/10/2008

_____                    _____
                                             Gary Williams
                                             Server's License#:

20/0

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.11259    AND FILED ON    12/14/2007

| CHRISTINA M. COLLINS | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| SUZANNE D. PHILLIPS, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/7/2008__ at __1:26PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served: ROCKLAND COMMUNITY COLLEGE    (herein called recipient) therein named.

At Location: 145 COLLEGE ROAD
             SUFFERN NY

By delivering to and leaving with __CHERYL SPENCE-LINDLAY__ and that deponent knew the person so served to be the EXECUTIVE SECRETARY TO THE BOARD of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: BLACK    Color of Hair: BROWN
Age: 35/45    Height: 5'2"-5'4"
Weight: 125    Other Features:

Sworn to before me on __1/10/2008__

_Jay Williams_                        _Gary Williams_
                                      Server's License#:

2 of 0