UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTINA M. COLLINS,

                Plaintiff,                      07 Civ 11259 (WCC)

    -against-

SUZANNE D. PHILLIPS, individually and as           **PLAINTIFF'S NOTICE OF**
Dean of Personnel Services for Rockland Community    **APPEARANCE OF COUNSEL**
College, WILLIAM MURPHY, individually and in
His capacity as Director of Public Safety for Rockland
Community College, JAMEY McCARTHY,
Individually and in her capacity as Director of Student
Involvement for Rockland Community College,
MARC GIAMMARCO, individually and in his
Capacity as coordinator of the Prevention Resource
Center for Rockland Community College, COLLETTE
FOURNIER, individually and in her capacity as
Director of Campus Communications for Rockland
Community College, PEGGY MILONE McCORMACK,
Individually, and in her capacity as a member of the
Faculty of Rockland Community College, and
ROCKLAND COMMUNITY COLLEGE,

                Defendants.
------------------------------------------------------------x
TO THE CLERK OF THE COURT:

       Please enter the appearance of Drita Nicaj, Esq. of the law firm of Lovett & Gould, LLP on behalf of the Plaintiff Christina M. Collins in this action. This is for notice only. Do not remove Jonathan Lovett, Esq. as lead attorney.

                              Drita Nicaj (DN 0966)
                              Lovett & Gould, LLP
                              222 Bloomingdale Road
                              White Plains, New York 10605
                              (914) 428-8401
                              FAX: (914)) 428-8916
                              E-mail: dnicaj@lovett-gould.com

                              Respectfully submitted,
                              LOVETT & GOULD, LLP
                              222 Bloomingdale Road, Suite 304
                              White Plains, New York 10605
                              (914) 428-8401

                              By: _____
                                   Drita Nicaj (DN 0966)

Dated: January 30, 2008
        White Plains, New York