UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

CHRISTINA M. COLLINS,

        Plaintiff,

-against-

SUZANNE D. PHILLIPS, individually and as Dean of Personnel Services for Rockland Community College, WILLIAM MURPHY, individually and in his capacity as Director of Public Safety for Rockland Community College, JAMEY McCARTHY, individually and in her capacity as Director of Student Involvement for Rockland Community College, MARC GIAMMARCO, individually and in his capacity as Coordinator of the Prevention Resource Center for Rockland Community College, COLLETTE FOURNIER, individually and in her capacity as Director of Campus Communications for Rockland Community College, PEGGY MILONE McCORMACK, individually and in her capacity as a member of the faculty of Rockland Community College, and ROCKLAND COMMUNITY COLLEGE,

        Defendant(s).
----------------------------------------x

STIPULATION EXTENDING TIME TO ANSWER
07 CIV 11259 (WCC)

ECF CASE

    IT IS HEREBY STIPULATED that the time for the defendants to appear and answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended from the 28th day of January, 2008 up to and including the 28th day of February, 2008.

Dated:    New City, New York
          January 25, 2008

_____
Lovett & Gould, LLP
Attorney for Plaintiff
222 Bloomingdale Road
White Plains, NY 10605
(914) 428-8401

_____
Ricki H. Berger, Esq.
RICKI H. BERGER, P.C.
Attorney for Defendants
254 South Main Street, St. 202
New City, New York 10956
(845) 639-7000

SO ORDERED: Hon. William C. Conner, USDJ

_____

Dated: January 28, 2008
White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for Ds
AND E-MAILED TO π COUNSEL