UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CHRISTINA M. COLLINS,

                Plaintiff,

      -against-

                                                                       Affidavit of Service by Mail
                                                                     07 CIV 11259 (WCC)

SUZANNE D. PHILLIPS, individually and as Dean
of Personnel Services for Rockland Community
College, WILLIAM MURPHY, individually and in
his capacity as Director of Public Safety for
Rockland Community College, JAMEY McCARTHY,
individually and in her capacity as Director of
Student Involvement for Rockland Community
College, MARC GIAMMARCO, individually and in
his capacity as Coordinator of the Prevention
Resource Center for Rockland Community College,
COLLETTE FOURNIER, individually and in her
capacity as Director of Campus Communications
for Rockland Community College, PEGGY MILONE
McCORMACK, individually and in her capacity as a
member of the faculty of Rockland Community
College, and ROCKLAND COMMUNITY COLLEGE,

                          Defendant(s).
----------------------------------------------------------X
State of New York     )
                            )ss.:
County of Rockland   )

       I, Laura Piasta, being sworn says: I am not a party to the action, am over 18 years of age and reside in Rockland County, New York.
       On the 27th day of February, 2008, I served a true copy of Defendants' Answer to Complaint in the following manner:
       By mailing the same in a sealed package, Ordinary Mail with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

                        TO: Lovett & Gould, LLP
                            222 Bloomingdale Road
                            White Plains, NY 10605

Sworn to before me on this
27th day of February, 2008.

_____
Notary Public

                                           _____
                                           Laura Piasta

Ricki H. Berger
Notary Public - State of New York
4813022
Qualified in Rockland County
My Comm. Expires October 30, 2010