ORIGINAL                    **MEMO ENDORSED**

# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT  
JANE BILUS GOULD

222 BLOOMINGDALE ROAD  
WHITE PLAINS, N.Y. 10605

KIM PATRICIA BERG+  
DRITA NICAJ+

914-428-8401  
FAX 914-428-8916

+also admitted in New Jersey

May 6, 2008

**VIA FACSIMILE**

Honorable William C. Conner  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

Re:   Collins v. Phillips, et al., 07 Civ 11259 (WCC)   ECF CASE

Dear Judge Conner:

Pursuant to Your Honor's directive, the parties have mutually agreed that discovery is to be completed on or before September 12, 2008 and the final pretrial conference is scheduled on September 19, 2008 at ~~9:45 a.m.~~ 10:15am subject to the Court's availability.

*[WCC initialed]*

Respectfully,

Drita Nicaj

DN/nb

cc:   Ricki Berger, Esq. (via facsimile)

SO ORDERED.  
Dated: White Plains, NY  
        May 7, 2008

William C. Conner  
WILLIAM C. CONNER, Senior U.S.D.J.

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED:

E-  
COPIES MAILED TO COUNSEL OF RECORD